# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 24-16-GF-BMM** |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **AMORETTE DIEDERIKA GROUND,** | |
| **Defendant.** | |

Before the Court is an unopposed motion from the United States of America to vacate the final revocation hearing set for July 7, 2026, and to further set a new hearing once the defendant returns to federal custody.

Accordingly, **IT IS ORDERED** that the current revocation hearing for July 7, 2026, is VACATED. This matter will be set by further order of this Court.

DATED this 6th day of July 2026.

John Johnston
United States Magistrate Judge

1